## (April 11, 1960)

■ AUTO IMPORTS LTD. et al., Appellants, v. JAY HOME APPLIANCES, INC., et al., Defendants, and EDWARD ASSAF, Respondent.— Motion to dismiss appeal from order granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

■ LESTER E. CUTLER, Respondent, · v. JAMES BROCKINGTON, Defendant, and RUTIG, GASTON & COSTA, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ.

■ In the Matter of the Application of VINCENT P. BREVETTI, for Reinstatement as a Member of the Bar.— Application referred to the Committee on Character and Fitness of the Second Judicial District for investigation into the applicant's character and fitness and for its report, together with its recommendation. The investigation should embrace primarily the activities and conduct of the applicant from the date of his suspension. Pending such report this application will be held in abeyance. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

■ In the Matter of the Final Accounting of BANKERS TRUST COMPANY et al., as Trustees under the Will of SIMEON FORD, Deceased. CONSUELO U. FORD, Individually and as Executrix of ELLSWORTH FORD, Deceased, Appellant-Respondent; Yale University et al., Respondents-Appellants; QUINTIN FORD et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

■ LAVERNE M. SEARING, Appellant, v. RANDALL CADILLAC CORP. et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

■ SIEGEL & HODGES, a Partnership Composed of AL SIEGEL and JOHN W. HODGES, Appellants, v. EDWARD HODGES, an Infant, by His Guardian ad Litem, ANNIE S. HODGES, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ.

■ SUN ASSETS CORP., Appellant, v. ENGLISH EVANGELICAL LUTHERAN CHURCH OF THE ASCENSION OF BOROUGH PARK, BROOKLYN, et al., Respondents. (Action No. 1.) MICHEL M. SEGAL et al., Respondents, v. ENGLISH EVANGELICAL LUTHERAN CHURCH OF THE ASCENSION OF BOROUGH PARK, BROOKLYN, Defendant, and SUN ASSETS CORP., Appellant. (Action No. 2.) — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.